UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOHAMUD MOHAMED,

        Plaintiff,

    v.

NORTHERN VICTOR F/V, et al.,

        Defendants.

ORDER

CASE NO. C05-2019JLR

This matter comes before the court on Defendants' motion to amend their answer to add a counterclaim (Dkt. #16). For the reasons stated below, the court GRANTS the motion.

Defendants seek leave to amend their answer in order to allege that Plaintiff intentionally concealed a preexisting medical condition, which they contend entitles them to reimbursement of maintenance and cure payments already paid. The court notes that in order to prevail on such a claim, Defendants must show that Plaintiff concealed a medical condition that he knew or should have known was related to the injury for which he requested maintenance and cure. See Omar v. Sea-Land Serv., Inc., 813 F.2d 986, 990 (9th Cir. 1987). Notwithstanding this relatively high standard of proof, the court must

ORDER – 1

consider Defendants' motion against the liberal standard for granting leave to amend under the federal rules. Against this backdrop, the court concludes that Defendants' motion is timely and that Plaintiff has not met his burden to show undue prejudice. Lastly, although the court strongly suspects that additional discovery is unnecessary, Plaintiff is free to move to reopen discovery and seek relief from the court's scheduling order if he can provide a basis for doing so.

For these reasons, the court GRANTS Defendants' motion to amend their answer to add a counterclaim. Defendants should file their amended answer no later than October 13, 2006.

Dated this 10th day of October, 2006.

JAMES L. ROBART
United States District Judge

ORDER – 2